BEFORE THE FIRST DIVISION, MAY 6, 1944

**No. 49390.**—Petition 6379–R of Victor Maneghetti (Los Angeles).

Opinion by OLIVER, P. J. The petition was dismissed.

**No. 49391.**—Protest 106951–K of J. & J. Distributing Co. (New York).

Opinion by OLIVER, P. J. The collector's letter and statement of goods remaining in warehouse on the effective date of said trade agreement were admitted in evidence without objection by the Government. Inasmuch as the record showed that the bottles in question were withdrawn from warehouse on or subsequent to the effective date of said trade agreement, the claim at ⅙ or ¼ cent per pound was sustained.

**No. 49392.**—Protest 102700–K of L. Bamberger & Co. (New York).

Opinion by OLIVER, P. J. The collector's letter and statement of goods remaining in warehouse on the effective date of said trade agreement were admitted in evidence without objection by the Government. Inasmuch as the record showed that the bottles in question were withdrawn from warehouse on or subsequent to the effective date of said trade agreement, the claim at ⅙ cent per pound was sustained.

**No. 49393.**—Protests 96001–K, etc., of Wing On Co. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49394.**—Protests 926203–G, etc., of W. R. Grace & Co. et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MAY 6, 1944

**No. 49395.**—Protests 902127–G, etc., of O. Yoshizawa Co. (New York).

Opinion by TILSON, J. From the record it was found that certain of the hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the hats imported and withdrawn for consumption prior to the effective date of said trade agreement were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those imported or